**Order entered April 25, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01306-CR

**JULIAN TERENCE MARTIN JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F13-59221-X**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Dianne Jones McVay to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** that before sending the record, counsel ensure that it is redacted to delete any personal information regarding the jurors. We further **ORDER** counsel to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **JULY 1, 2016**

We **DIRECT** the Clerk to send copies of this order to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; Jan Cherie Williams, official court reporter,

Criminal District Court No. 6; Felicia Pitre, Dallas County District Clerk; Dianne Jones McVay; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Julian Martin, TDCJ No. 2026170, Telford Unit, 3889 State Highway 98, New Boston, Texas 75570.

/s/    ADA BROWN
        JUSTICE